# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| ANNA M. COLLINS, ) | |
| ) | |
| Plaintiff, ) | |
| vs. ) | NO. CIV-17-0018-HE |
| ) | |
| COMMISSIONER OF SOCIAL ) | |
| SECURITY ADMINISTRATION ) | |
| ) | |
| Defendant. ) | |

## ORDER

Plaintiff Anna Collins brings this action for judicial review of defendant Acting Commissioner of Social Security Administration's final decision that she is not disabled under the Social Security Act. The matter was referred to U.S. Magistrate Judge Suzanne Mitchell for initial proceedings consistent with 28 U.S.C. § 636(b)(1)(B), (b)(3), and Fed.R.Civ.P. 72(b). Judge Mitchell recommends the Acting Commissioner's decision be reversed and the matter remanded for further proceedings. The parties were advised of their right to file an objection to the Report and Recommendation by September 12, 2017. No objections have been filed. The parties therefore waive any right to appellate review of the factual and legal issues raised in the Report and Recommendation. United States v. One Parcel of Real Property, 73 F.3d 1057, 1059–60 (10th Cir. 1996); *see* 28 U.S.C. § 636(b)(1)(C). The court **ADOPTS** the Report and Recommendation [Doc. #24], a copy of which is attached to this order. The Acting Commissioner's decision is **REVERSED AND REMANDED** for further proceedings consistent with the report and recommendation.

IT IS SO ORDERED.

Dated this 21st day of September, 2017.

JOE HEATON
CHIEF U.S. DISTRICT JUDGE